IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY J. HOPKINS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

18-cv-66-wmc

v.

STATE OF WISCONSIN,
MILWAUKEE SECURE DETENTION
FACILITY, WARDEN, MEDICAL STAFF,
GUARDS,

    Defendants.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 11/26/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |